UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 16-CR-92 |
| Plaintiff, | : | |
| v. | : | OPINION & ORDER |
| | : | [Resolving Docs. 15, 16 ] |
| ANDREW DAVISON, | : | |
| Defendant. | : | |
| | : | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On March 23, 2016, the United States indicted Defendant Andrew Davison for being a felon in possession of a firearm, for possession with intent to distribute cocaine, and for possession with intent to distribute marijuana.[1] On June 29, 2016, this Court heard argument in Defendant's motion to suppress and his motion for a *Franks* hearing.[2] This Court ruled from the bench, denying both motions.[3] On July 5, 2016, Defendant Davison appealed the denial of the motion to suppress and the motion for a *Franks* hearing to the Sixth Circuit.[4]

Generally, a district court stays a case pending a proper interlocutory appeal to the appellate court. However, "[i]t is well-settled that a criminal defendant cannot take an immediate appeal from an order denying a pretrial motion to suppress evidence."[5] Rather, such an order can be appealed only after the entry of final judgment in the action—generally the entry of a sentence in a criminal case.[6]

---

[1] Doc. 1. The Government has now dismissed Counts 2 and 3 without prejudice. Doc. 48.
[2] Doc. 32; Doc. 34.
[3] Doc. 44.
[4] Doc. 46.
[5] *United States v. Shameizadeh*, 41 F.3d 266, 267 (6th Cir. 1994) (citing *Di Bella v. United States*, 369 U.S. 121, 131 (1962)).
[6] *Id.*; *Berman v. United States*, 302 U.S. 211, 212 (1937).

Case No. 16-cr-92
Gwin, J.

Davison's appeal to the Sixth Circuit is improper. The appeal will not stay the scheduled trial.

IT IS SO ORDERED.

Dated: July 7, 2016                              *s/         James S. Gwin*
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE