UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 1:16-cr-00092 |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | OPINION & ORDER |
| Andrew Davison, | : | [Resolving Docs. 157, 159, 161] |
| Defendant. | : | |
| | : | |

------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 18, 2019, the Court resentenced Defendant Andrew Davison.[1]  On June 21, 2019, Defendant Davison appealed the final judgment and sentence.[2]  The appeal is pending with the Sixth Circuit.

On March 4, 2020, Defendant Davison petitioned for habeas corpus relief under 28 U.S.C. § 2255.[3]  The Government did not respond to Defendant's petition, so Defendant moved for default judgment on his petition.[4]

"[I]n the absence of extraordinary circumstances, a district court is precluded from considering a § 2255 application for relief during the pendency of the applicant's direct appeal."[5]  Here, Davison's direct appeal is pending before the Sixth Circuit, and this case involves no extraordinary circumstances.

---

[1] Doc. 147; Doc. 148.
[2] Doc. 150.
[3] Doc. 157.
[4] Doc. 161.
[5] *Capaldi v. Pontesso*, 135 F.3d 1122, 1124 (6th Cir. 1998); *see also United States v. Carman*, 933 F.3d 614, 615 (6th Cir. 2019) ("Subject to very few exceptions, the filing of a notice of appeal shifts from the district court to the court of appeals adjudicatory authority over any aspect of the case—here, [the defendant]'s conviction and sentence—involved in the appeal.").

Case No. 1:16-cr-00092
Gwin, J.

Therefore, the Court **DENIES WITHOUT PREJUDICE** Defendant's § 2255 petition and motion for default judgment.  Defendant's related motion to proceed *in forma pauperis* is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated: June 3, 2020                          *s/        James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE